## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

SENTENCING GUIDELINE ORDER

-vs-

CASE NO. 07-CR- 6079 CJS

MARIO GANT

Defendant(s)
_____

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Robert Marangola |
| DEFENSE ATTORNEY | Anne Burger |
| INTERPRETER (YES or NO) | No |
| DATE OF PLEA | June 4, 2007 |
| SENTENCING DATE | September 4, 2007 at 2:30 p.m. |
| INITIAL PSR DUE | July 21, 2007 (45 DAYS PRIOR TO SENTENCING*) |

STATEMENT OF PARTIES, AND OBJECTIONS (IF ANY), AND MOTIONS (IF ANY) DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)**

August 11, 2007
( 24 DAYS PRIOR TO SENTENCING*)

| | |
|---|---|
| RESPONSES TO OBJECTIONS OR MOTIONS DUE | August 21, 2007 |
| | (14 DAYS PRIOR TO SENTENCING*) |
| 5K1.1 APPLICATION, IF ANY, DUE | August 25 2007 |
| | (10 DAYS PRIOR TO SENTENCING*) |
| LETTERS OR SIMILAR SUBMISSIONS DUE | August 25, 2007 |
| | (10 DAYS PRIOR TO SENTENCING*) |
| FINAL PSR DUE | August 28, 2007 |
| | (7 DAYS PRIOR TO SENTENCING*) |

***This refers to the sentencing date originally set by the Court or if the Court grants an adjournment, the date to which sentencing has been adjourned. That is, whatever the sentencing date, the time requirements apply.***

NOTE: MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY DEADLINE

NOTE: IF ANY OF THE ABOVE DATES FALL ON A HOLIDAY OR DAY WHEN THE CLERK'S OFFICE IS CLOSED, THE DUE DATE IS THE NEXT BUSINESS DAY

IT IS SO ORDERED.

Dated: Rochester, New York
June 5, 2007

ENTER:

/s/ Charles J. Siragusa
CHARLES J. SIRAGUSA
United States District Judge